UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MELODY ANDERSON**<br>Plaintiff,<br><br>vs.<br><br>**COMMISSIONER**,<br>Social Security Administration,<br>Defendant. | Civil No.: 3:18-cv-01211-YY<br><br>ORDER REGARDING FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

Based upon a review of the file herein, and noting the stipulation of the parties, it is hereby ORDERED that the plaintiff, Melody Anderson, on behalf of her attorney, Karen Stolzberg, is hereby entitled to an award of fees under the EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 et. seq., in the amount of $7225.30.

The parties agree that if it is determined that plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Karen Stolzberg, and mailed to her office at PO Box 19699; Portland, OR 97280.

DATED November 13, 2019.

/s/ Youlee Yim You
_____
Youlee Yim You
United States Magistrate Judge